

Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director.

BRYSON, O'MALLEY, and WALLACH, Circuit Judges.

## JUDGEMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Bryant G. Snee, Deputy Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Dawn E. Goodman, Trial Attorney.

BRYSON, PROST, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

# ADVANCE CONSTRUCTION SERVICES, INC.,
Appellant,

v.

# John McHUGH, Secretary of the Army, Appellee.

No. 2011–1536.

United States Court of Appeals, Federal Circuit.

July 12, 2012.

# In re J–MED PHARMACEUTICALS, INC.

No. 2011–1415.

United States Court of Appeals, Federal Circuit.

July 13, 2012.

G. Scott Walters, Smith Currie & Hancock, LLP, of Atlanta, GA, argued for appellant. With him on the brief was Hubert J. Bell, Jr.

Porter F. Fleming, Frommer Lawrence & Haug, LLP, of New York, NY, argued for appellant. Of counsel was Laura E. Krawczyk.